

# NUMBERS 13-22-00604-CR; 13-22-00605-CR; 13-22-00606-CR; AND 13-22-00607-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE CLIFFORD LEON REED JR.

### On appeal from the 85th District Court of Brazos County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva
Memorandum Opinion by Justice Longoria**

These causes are before the Court on appellant's motion to dismiss the appeals.[1] The motion was signed by counsel and initialed by the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Without passing on the merits of the cases, the motion to dismiss these cases is granted.

Accordingly, the appeals are hereby dismissed. Having dismissed the appeals at appellant's request, all pending motions are denied as moot, and no motions for rehearing will be entertained.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
9th day of February, 2023.

2